

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00496-CV

J.G., Appellant

V.

M.G., Appellee

§   On Appeal from the 367th District Court

§   of Denton County (24-8617-367)

§   August 7, 2025

§   Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying the application for a protective order is affirmed.

It is further ordered that Appellant J.G. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
      Justice Wade Birdwell